274

FONDEVILLE & CO., INC., ET AL. v. UNITED STATES

No. 6718.—Invoices dated Birmingham, England, August 1945, etc.
Certified August 1945, etc.
Entered at New York, N. Y., September 13, 1945, etc.
and at Philadelphia, Pa., July 28, 1942, etc.
Entry Nos. 710872; 197; etc.

(Decided January 7, 1947)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402, (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

SCHMID & CO., INC. (MEADOWS WYE & CO. INC.) v. UNITED STATES

No. 6719.—Invoice dated Torquay, England, November 1944.
Certified November 1944.
Entered at New York, N. Y., December 15, 1944.
Entry No. 716076.

(Decided January 7, 1947)

*Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.